UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

In re:                                                    )
                                                          )
INTEGRATIVE MEDICAL SERVICES, INC.    )        Case No. 04-01749
                                                          )        Chapter 7
                                                          )
        Debtor.                                     )
                                                          )

TRUSTEE'S REPORT OF UNCLAIMED FUNDS PURSUANT TO
11 U.S.C. § 347(a) AND BANKRUPTCY RULE 3011

Comes now Wendell W. Webster, Esquire, Chapter 7 Trustee, and pursuant to 11 U.S.C. § 347(a) and Bankruptcy Rule 3011, reports as follows:

1.  A stop payment order has been issued for the following distribution check that has remained outstanding for a period exceeding 90 days following final distribution under 11 U.S.C. § 726:

| CURRENT NAME & ADDRESS OF CLAIMANT | DATE, CHECK NUMBER & AMOUNT |
|---|---|
| Integrative Medical Services, Inc.<br>c/o Dr. John Williams<br>1930 Tulip Street, NW<br>Washington, DC 20012 | May 9, 2008<br>Check # 101<br>$122.50 |

2.  The Trustee requests that the attached check number 10102 payable to the U.S. Bankruptcy Court representing said unclaimed funds be deposited into the Registry of the Court and disposed of under 28 U.S.C. § 129.

Dated:    February 24, 2011         /s/ Wendell W. Webster
                                                     Wendell W. Webster, Trustee, #245696
                                                     Webster, Fredrickson, Correia, & Puth, PLLC
                                                     1775 K Street, N.W., Suite 600
                                                     Washington, DC  20006
                                                     (202) 659-8510

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing Trustee's Report of Unclaimed Funds was mailed, postage prepaid, this **24th** day of February, 2011to:

    Joseph Guzinski, Esq..
    Office of the United States Trustee
    115 S. Union Street
    Suite 210
    Alexandria, VA  22314

    /s/ Wendell W. Webster
    Wendell W. Webster, Trustee, #245696
    Webster, Fredrickson, Correia, & Puth, PLLC
    1775 K Street, N.W.
    Suite 600
    Washington, DC  20006
    (202) 659-8510